IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kerry Allyn Chase,<br><br>　　　　Petitioner,<br><br>v.<br><br>David Rivas, et al.,<br><br>　　　　Respondents. | No. CV-08-0275-PHX-GMS (LOA)<br><br>**ORDER** |

Pending before the Court are Petitioner's petition for writ of habeas corpus complaint and United States Magistrate Judge Anderson's Report and Recommendation ("R&R"). Dkt. ## 1 and 20. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 20 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district

1 court "may accept, reject, or modify, in whole or in part, the findings or recommendations
2 made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject,
3 or modify the recommended disposition; receive further evidence; or return the matter to the
4 magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Anderson's R&R (Dkt. #20) is **ACCEPTED**.
2. Petitioner's petition for writ of habeas corpus (Dkt. #1) is **DENIED**.
3. The Clerk of the Court shall **TERMINATE** this action.

DATED this 7th day of April, 2009.

G. Murray Snow
United States District Judge

- 2 -